

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GLENN C. VINYARD JR., | § | |
| | | No. 08-19-00169-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 142nd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Midland County, Texas |
| | § | |
| Appellee. | | (TC# CR50477) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in a portion of the trial court's judgment. We therefore modify the trial court's judgment to include the following language:

"Court costs recoverable from Defendant under the terms of this judgment shall not include costs for the preparation of the reporter's record, since Defendant was indigent at or near the time of conviction. Furthermore, per the Eastland Court of Appeals' decision in *King v. State*, No. 11-17-00179-CR, 2019 WL 3023513, at *5 (Tex.App. – Eastland July 11, 2019, pet. filed) (mem. op., not designated for publication), any time payment fee may only be constitutionally enforced against Defendant up to the amount of $2.50, absent any further decision from the Texas Court of

Criminal Appeals to the contrary."

We therefore modify the trial court's judgment to include the above-referenced language, and affirm the judgment of the court below, as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF AUGUST, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.